WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>v.<br><br>Kiesha Marie Paya,<br><br>  Defendant. | No. 18-04236PO-001-PCT-DMF<br><br>**ORDER** |

The defendant appeared in court with counsel. The defendant's detention hearing held on the record including a proffer by defense counsel. The Court finds, pursuant to Rule 32.1(a)(6), that defendant has failed to show by clear and convincing evidence that she is not a flight risk or a danger.

IT IS HEREBY ORDERED that the defendant is detained as a flight risk and a danger, pending further revocation proceedings.

Dated this 12th day of December, 2018.

_Leslie A. Bowman_
Honorable Leslie A. Bowman
United States Magistrate Judge